PS 8
(4/01)

UNITED STATES DISTRICT COURT

for

Western District Of Texas



FILED
OCT 04 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S.A. vs.   Christina Elizabeth Pandey   Docket No.   W-11-CR-113 (3)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Lupe Saucedo, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Christina Elizabeth Pandey, who was placed under pretrial release supervision by the Honorable Jeffrey L. Cureton, sitting in the court at Fort Worth, Texas, on the 26th day of April 2011, under the following conditions:

### See Appearance Bond and Order Setting Conditions of Release dated 4/16/2011:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Pretrial Services now alleges the defendant violated the following conditions of his release:

(1) The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

**Condition (7) (o):** refrain from excessive use of alcohol.

**Condition (7) (p):** You shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner.

On September 20, 2011, the defendant submitted a urine sample to the Waco Pretrial Services Office and it returned positive for amphetamines.

On September 22, 2011, while being supervised in the Northern District of Texas-Fort Worth Division, the defendant provided a urine sample, which tested positive and was confirmed positive for amphetamines.

On October 2, 2011, the defendant was also arrested by the Richardson Police Department and charged with driving under the influence.

**PRAYING THE COURT WILL ORDER** a warrant be issued and the defendant be placed in U.S. Marshal custody pending further court proceedings.

ORDER OF COURT

Considered and ordered this 4th day of October 2011, ordered filed and made a part of the records in the above case.

**Walter S. Smith, Jr., U.S. District Judge**

Respectfully,

U.S. Pretrial Services Officer

Date   October 4, 2011